United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Mark A. Person, Plaintiff,<br><br>v.<br><br>Camillus House, Inc., and Allied<br>Universal Security Services, Inc.,<br>Defendants. | Civil Action No. 23-20891-Civ-Scola |

### Order Adopting Magistrate Judge's Report and Recommendation

This matter was referred to United States Magistrate Judge Jonathan Goodman for an order on the Plaintiff's motion to proceed in *forma pauperis*. (ECF No. 4.) On March 10, 2023, Judge Goodman issued a report, recommending that, upon initial screening in accordance with 28 U.S.C. § 1915(e), the Court deny the motion to proceed in *forma pauperis* and dismiss the case. (R. & R., ECF No. 10.) The Plaintiff has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendation cogent and compelling. Accordingly, the Court **affirms and adopts** Judge Goodman's report and recommendation (**ECF No. 10**). The Court **denies** the Plaintiff's motion to proceed in *forma pauperis* **without prejudice** (**ECF No. 3**) and **dismisses** the complaint **with prejudice** to the extent it seeks to bring a claim under Title 18 and **without prejudice** as to the remaining claims (**ECF No. 1**). Finally, the Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

**Done and ordered**, at Miami, Florida, on March 29, 2023.

_____
Robert N. Scola, Jr.
United States District Judge